# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

Bridget M. McCormack,
Chief Justice

157443

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 157443
COA: 340936
Wayne CC: 13-008401-FH

TERRANCE JOSEPH,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the February 5, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

t0225